| CJA 23 (Rev. 11/11) | FINANCIAL AFFIDAVIT |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF _____ v. _____ FOR _____ AT _____

LOCATION NUMBER: 2015 JAN 28 AM 9: 15

PERSON REPRESENTED (Show your full name): **Michael Douglas Peterson**

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 2:15-MJ-11
District Court: 2:0 -CR-
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Self-Employed
- Name and address of employer: Hale Construction - Hasn't worked 1/21/15
- IF YES, how much do you earn per month? $ 1200
- IF NO, give month and year of last employment? _____ How much did you earn per month? $ _____
- If married, is your spouse employed? ☐ Yes ☒ No
- IF YES, how much does your spouse earn per month? $ _____
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES: IF YES, give the amount received and identify the sources

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, total amount? $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, give value and description for each: VALUE $ 2500 DESCRIPTION: 94 Mercedes Benz - Impounded

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ Single ☐ Married ☐ Widowed ☐ Separated or Divorced
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them:
  - Aiden Peterson — 7
  - Desiree Peterson — 7
  - ~~Jada Peterson~~
  - Ashton Peterson — 6

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Child Support | $ | $ 700 |
| Rent + Utilities | $ | $ 400 |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Michael Peterson*  Date: _____

Approved by: [signature] U.S. Magistrate Judge