# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-05008-CR-RK |
| ) | |
| MICHAEL DOUGLAS PETERSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Before the Court are Defendant Michael Douglas Peterson's Motion to Dismiss the Indictment (doc. 48), and Motion for Disclosure of Grand Jury Transcripts (doc. 49). On May 25, 2017, United States Magistrate Judge David P. Rush held a hearing on Defendant's motions. On August 8, 2017, Judge Rush issued the Report and Recommendation. (Doc. 69.) Defendant then filed objections to the Report and Recommendation. (Doc. 72.)

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), "[a] district judge must consider de novo any objection to a magistrate judge's recommendation." After an independent, de novo review of the record and applicable law, and Defendant's objections and original motions, the Court adopts the Report and Recommendation of Judge Rush in its entirety.

Accordingly, it is **ORDERED** that:

(1) Defendant's Motion to Dismiss the Indictment (doc. 48) is **DENIED**;

(2) Defendant's Motion for Disclosure of Grand Jury Transcripts (doc. 49) is **DENIED**; and

(3) Magistrate Judge David P. Rush's Report and Recommendation (doc. 69) shall be attached to and made a part of this Order.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 27, 2017