# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-05008-CR-RK |
| | ) | |
| MICHAEL DOUGLAS PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Before the Court are Defendant Michael Douglas Peterson's Motion to Dismiss Superseding Indictment (doc. 74), and Amended Motion for Disclosure of Grand Jury Transcripts (doc. 73). On November 17, 2017, United States Magistrate Judge David P. Rush issued the Report and Recommendation. (Doc. 77.) Defendant then filed objections to the Report and Recommendation. (Doc. 79.)

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), "[a] district judge must consider de novo any objection to a magistrate judge's recommendation." After an independent, de novo review of Defendant's original motions (docs. 73 and 74); the entire record (including docs. 48, 49, 52, 55, 60, 61, 68, 69, 75, 76, 77, 78 and 79); and applicable law, the Court adopts the Report and Recommendation of Judge Rush in its entirety.

Accordingly, it is **ORDERED** that:

(1) Defendant's Motion to Dismiss Superseding Indictment (doc. 74) is **DENIED**;

(2) Defendant's Amended Motion for Disclosure of Grand Jury Transcripts (doc. 73) is **DENIED**; and

(3) Magistrate Judge David P. Rush's Report and Recommendation (doc. 77) shall be attached to and made a part of this Order.

                                                         s/ Roseann A. Ketchmark
                                                         ROSEANN A. KETCHMARK, JUDGE
                                                         UNITED STATES DISTRICT COURT

DATED: December 12, 2017